| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>GEOFFREY M. DAVIS (SBN 214692)<br>K&L GATES LLP<br>10100 Santa Monica Boulevard<br>Eighth Floor<br>Los Angeles, CA 90067<br>Telephone: 310.552.5000<br>Facsimile: 310.552.5001<br>Email: Geoffrey.Davis@klgates.com<br><br>DANIEL M. ELIADES (Admitted *Pro Hac Vice*)<br>K&L GATES LLP<br>One Newark Center<br>Tenth Floor<br>Newark, NJ 07102<br>Telephone: 973.848.4018<br>Facsimile: 973.848.4001<br>Email: Daniel.Eliades@klgates.com<br><br>☐ Individual *appearing without an attorney*<br>X  Attorney for: Wyndham Vacation Resorts, Inc. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re<br><br>DAVID MACMILLAN and CYNTHIA BARRETT MARTIN,<br>             Debtors.<br><br>ATTITUDE MARKETING, INC.<br>             Debtor. | CASE NO.: 2:16-BK-21559 NB<br>Substantively Consolidated with Case No. 2:17-bk-11588-NB<br>(Jointly Administered with Case No. 2:19-10552-NB)<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**[1]: **ORDER REGARDING MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§503(b)(3)(D) and (b)(4)** |
|---|---|

PLEASE TAKE NOTE that the order titled Order Regarding Motion for Allowance and Payment of Administrative Expense Claim was lodged on July 9, 2021 and is attached.  This order relates to the motion which is docket number 548.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

Geoffrey M. Davis (SBN 214692)
K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001
Email: Geoffrey.Davis@klgates.com

Daniel M. Eliades (Admitted *Pro Hac Vice*)
K&L GATES LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Telephone: 973.848.4018
Facsimile: 973.848.4001
Email: Daniel.Eliades@klgates.com

Attorneys for Wyndham Vacation Resorts, Inc.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>DAVID MACMILLAN and CYNTHIA BARRETT MARTIN,<br><br>Debtors.<br><br>ATTITUDE MARKETING, INC.<br><br>Debtor. | Case No. 2:16-bk-21559-NB<br>Substantively Consolidated<br><br>Chapter     7<br><br>Case No. 2:19-bk-10552-NB<br>(Jointly Administered with 2:16-bk-21559-NB)<br><br>**ORDER REGARDING MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§503(B)(3)(D) AND (B)(4)**<br><br>Date:    July 6, 2021<br>Time:    2:00 p.m.<br>Place:   Courtroom 1545<br>         225 East Temple Street<br>         Los Angeles, CA |

Upon consideration of the motion of Wyndham Vacation Resorts, Inc. ("WVR"), in the above-captioned bankruptcy, for entry of an order: (i) allowing its administrative expense claim under sections 503(b)(3)(D) and (b)(4) of the Bankruptcy Code and/or other applicable law; and (ii) for such other relief as the Court deems necessary and appropriate (referred to as the "Motion"); and the Court

having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and the Court having considered any opposition and other responsive pleadings to the Motion and any arguments of counsel; after due deliberation; and sufficient notice of the Motion having been provided; and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED for the reasons set forth in the attached tentative ruling.

2. WVR's administrative expense claim in the amount of $50,000 (the "Admin Claim") is deemed allowed pursuant to sections 503(b)(3)(D) and (b)(4) of the Bankruptcy Code, and such claim is entitled to priority over all unsecured creditors' claim.

3. The chapter 7 trustee shall pay WVR the full amount of the Admin Claim from the David MacMillan and Cynthia Martin substantively consolidated bankruptcy estate within fourteen (14) days of the date of this Order.

###########

# United States Bankruptcy Court
## Central District of California
Los Angeles
Judge Neil Bason, Presiding
Courtroom 1545 Calendar

---

**Tuesday, July 6, 2021**      **Hearing Room  1545**

**2:00 PM**
**2:16-21559**   **David MacMillan**       **Chapter 7**

**#1.00**   Hrg re: Motion for allowance and payment of administrative expense claim pursuant to 11 U.S.C. sections 503(B)(3)(D) and (B)(4)

Docket    548

**Tentative Ruling:**

Please see the tentative ruling for the Trustee's Compromise Motion (Calendar No. 2, 7/6/21 at 2:00 p.m.).

| Party Information |
|---|

**Debtor(s):**

| | |
|---|---|
| David MacMillan | Represented By<br>Robert S Altagen<br>Lamont R Richardson |

**Trustee(s):**

| | |
|---|---|
| Rosendo Gonzalez (TR) | Represented By<br>James A Dumas Jr<br>Christian T Kim |
| Peter J Mastan (TR) | Pro Se |

# United States Bankruptcy Court
# Central District of California
### Los Angeles
### Judge Neil Bason, Presiding
### Courtroom 1545 Calendar

**Tuesday, July 6, 2021**                                                                                           **Hearing Room    1545**

<u>2:00 PM</u>
**2:16-21559**    **David MacMillan**                                                                                          **Chapter 7**

   **#2.00**    Hrg re: Motion for order approving compromise
with Wyndham Vacation, Resorts, Inc.

                        Docket    550

**Tentative Ruling:**

   <u>Appearances are not required</u> on 7/6/21

   (1) <u>Terminology</u>
        This Court's terminology has been memorialized (MacCase, dkt. 485).

   (2) <u>Current issues</u>
        (a) <u>Trustee's motion to approve compromise with Wyndham (MacCase, dkt. 550, 551, the "Settlement Motion"), no opposition on file</u>
        The tentative ruling is to grant the Settlement Motion.

        (b) <u>Trustee's claim objections (MacCase, dkt. 522; AttitudeCase dkt. 191)</u>
        The tentative ruling is to deny the Trustee's claim objections as moot in view of the tentative approval of the Settlement Motion.

        <u>Proposed orders</u>:  Trustee is directed to lodge proposed orders on items "(2)(a)" & "(2)(b)" above via LOU within 7 days after the hearing date.  *See* LBR 9021-1(b)(1)(B).

        (c) <u>Wyndham's motion for administrative expense claim (MacCase dkt. 548, the "Administrative Claim Motion"), no opposition on file</u>
        The tentative ruling is to grant the Administrative Claim Motion for the reasons stated therein.  In addition, the tentative ruling is that, in this instance only, this Court is prepared to not require service on all parties or the submission of evidence establishing that Wyndham actually incurred $50,000 in expenses (*e.g.,* a declaration from Mr. Eliades with time records), but only because (i) all interested parties received notice of the Settlement Motion (dkt. 552), which contemplates the granting of the relief requested in this

# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Judge Neil Bason, Presiding
### Courtroom 1545 Calendar

**Tuesday, July 6, 2021**                                                                              **Hearing Room** **1545**

<u>2:00 PM</u>
**CONT...        David MacMillan                                                                                     Chapter 7**

motion as a condition of the settlement (*see* dkt. 550, p.12:13-16), (ii) no party in interest has objected, and (iii) this Court takes judicial notice of the docket in the MacCase, and the numerous hearings before this Court, all of which establish that Wyndham has incurred significant expense for services that provided a substantial contribution to the case and led to the discovery of assets that has increased the distribution to creditors.

<u>Proposed order</u>:  Wyndham is directed to lodge a proposed order via LOU within 7 days after the hearing date and attach a copy of this tentative ruling, thereby adopting it as this Court's final ruling, subject to any chantges ordered at the hearing.  *See* LBR 9021-1(b)(1)(B).

If appearances are <u>not</u> required at the start of this tentative ruling but you wish to dispute the tentative ruling, or for further explanation of "appearances required/are not required," please see Judge Bason's Procedures (posted at www.cacb.uscourts.gov) then search for "tentative rulings."  If appearances <u>are</u> required, and you fail to appear without adequately resolving this matter by consent, then you may waive your right to be heard on matters that are appropriate for disposition at this hearing.  Pursuant to Judge Bason's COVID-19 procedures, **all appearances are via ZoomGov**.  For ZoomGov instructions for <u>all</u> matters on calendar, please see the tentative ruling for the first matter on today's calendar (*i.e.*, page 1 of the posted tentative rulings).  Unless otherwise stated, appearances via CourtCall are no longer permitted.

| **Party Information** |
|---|

**Debtor(s):**

   David  MacMillan                                        Represented By
                                                                                                      Robert S Altagen
                                                                                                       Lamont R Richardson

**Trustee(s):**

   Rosendo  Gonzalez (TR)                              Represented By
                                                                                                       James A Dumas Jr
                                                                                                       Christian T Kim

   Peter J Mastan (TR)                                         Pro Se

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
K&L Gates LLP, One Newark Center, 10th Floor, Newark, NJ 07102

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 9, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached List

X    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 9, 2021 | Joy M. VanDerWeert | /s/ Joy M. VanDerWeert |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

## SERVICE LIST BY ECF

-Robert S Altagen -  behalf of Debtor
    robertaltagen@altagenlaw.com

-Shreena Augustin on behalf of Creditor OCWEN LOAN SERVICING, LLC
    bky_ecf4@rasflaw.com

-J Scott Bovitz on behalf of Mediator
    bovitz@bovitz-spitzer.com

-William H Brownstein on behalf of Glenn J. Chaffin, Aston Business Solutions, Inc., Eric A. Martin
    Brownsteinlaw.bill@gmail.com

-Caren J Castle on behalf of Creditor First Entertainment Credit Union
    wdk@wolffirm.com, wdk@wolffirm.com

-Theron S Covey on behalf of Creditor PNC Bank, N.A.
    tcovey@rasflaw.com, CAECF@tblaw.com

- Ann Chang on behalf of Rosendo Gonzalez
    achang@dumas-law.com

-Sevag Demirjian on behalf of Creditor M. George Dabaghi
    sevag@demirjianlaw.com, info@demirjianlaw.com

-Keith S. Dobbins on behalf of Defendant DK Law Group, LLP and David M. Karen
    keith@kdobbinslaw.com

-James A Dumas, Jr on behalf of Attitude Marketing, Inc., Rosendo Gonzalez
    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

-Oscar Estrada on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
    oestrada@ttc.lacounty.gov

-Sean C Ferry on behalf of Creditor OCWEN - Ocwen Loan Servicing, LLC
    sferry@ecf.courtdrive.com, bkyecf@rasflaw.com

-Daniel K Fujimoto on behalf of Creditor First Entertainment Credit Union
    wdk@wolffirm.com

- Todd S. Garan, interested party
    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com

-Rosendo Gonzalez (TR)
    rgonzalez@ecf.axosfs.com, rossgonzalez@gonzalezplc.com; jzavala@gonzalezplc.com; cmorales@gonzalezplc.com

-Bruce Grego on behalf of Creditor Stardust Vacation Club and Americana Vacation Club
    brucegrego@att.net

-Christian T Kim on behalf of Attitude Marketing, Inc. and Rosendo Gonzalez
    ckim@dumas-law.com, ckim@ecf.inforuptcy.com

-John P Kreis on behalf of Creditor National Loan Acquisitions Company
    jkreis@kreislaw.com, j.kreis@ca.rr.com

-Michael B Lubic on behalf of Creditor Wyndham Vacation Resorts, Inc.
    michael.lubic@klgates.com, jonathan.randolph@klgates.com

-Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
    ron.maroko@usdoj.gov

-Peter J Mastan (TR)
    peter.mastan@dinsmore.com, pmastan@iq7technology.com;travis.terry@dinsmore.com

-William F McDonald, III on behalf of Creditor PNC Bank, N.A.
    william@shannerlaw.com, wfmcdonald@gmail.com

- Julia D. McGann, interested party
    JuliaM@atg.wa.gov, cprreader@atg.wa.gov

-Stacey A Miller on behalf of Creditor Porsche Financial Services, Inc.
    smiller@tharpe-howell.com

- Alan I Nahmias on behalf of Mediator Alan I Nahmias
    anahmias@mbnlawyers.com; jdale@mbnlawyers.com

-Zachary Mosner on behalf of Creditor State of Washington, Consumer Protection Division
    bcumosner@atg.wa.gov

-Rick L Raynsford on behalf of Creditor Brian Walsh, Eric Malloch
    rick@rlrintl.com

-Lamont R Richardson on behalf of Debtor
    lamont.r.richardson@chase.com

- Edward A. Treder, interested party
    cdcaecf@bdfgroup.com

-United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

-Thomas B Ure on behalf of Debtor Michelle Emelle
    tbuesq@aol.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com

-Brian C Vanderhoof on behalf of Creditor Wyndham Vacation Resorts, Inc.
    brian.vanderhoof@leclairryan.com, graciela.anchante@leclairryan.com

-Dennis C. Winters on behalf of Plaintiff American Express Bank FSB
    winterslawfirm@cs.com

- Alan Steven Wolf on behalf of Creditor First Entertainment Credit Union
    wdk@wolffirm.com