| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James A. Dumas (SBN 76284)<br>Christian T. Kim (SBN 231017)<br>DUMAS & KIM, APC<br>915 Wilshire Boulevard, Suite 1775<br>Los Angeles, California 90017<br>Phone: 213-368-5000<br>Fax: 213-368-5009<br>Email: jdumas@dumas-law.com;<br>ckim@dumas-law.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Chapter 7 Trustee, Rosendo Gonzalez | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>DAVID MACMILLAN, CYNTHIA BARRETT MARTIN, and ATTITUDE MARKETING, INC.<br><br><br><br><br><br>Debtor(s). | CASE NO.: Case No.: 2:16-bk-21559-NB<br>CHAPTER: 7<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**<br><br>**[LBR 9013-1(p) or (q)]**<br><br>[No hearing required] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Dumas & Kim, APC                                                                                                    ,
   filed a motion or application (Motion) entitled Motion for Order Authorizing Payment of Previously Approved Attorneys' Fees and Costs                                                                                                                    .

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:

   ☐ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR _____; or

   ☒ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion. (*Check appropriate box below*):

   ☒ The full motion is attached to this notice; or

   ☐ The full motion was filed with the court as docket entry # ___, and a detailed description of the relief sought is attached to this notice.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                        Page 1                                      **F 9013-1.2.NO.HEARING.NOTICE**

4. Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Respectfully submitted,

Date: 11/22/2022

*James A. Dumas*
Signature of Movant or attorney for Movant

James A. Dumas
Printed name of Movant or attorney for Movant

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 9013-1.2.NO.HEARING.NOTICE**

1  James A. Dumas (SBN 76284)
2  Christian T. Kim (SBN 231017)
   DUMAS & KIM, APC.
3  915 Wilshire Blvd., Ste. 1775
   Los Angeles, CA 90017
4  Telephone: 213/368-5000
   Facsimile: 213/368-5009
5
6  Attorneys for Chapter 7 Trustee,
   Rosendo Gonzalez

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:16-bk-21559-NB |
| DAVID MACMILLAN, CYNTHIA BARRETT MARTIN, and ATTITUDE MARKETING, INC.<br><br>Debtors | Substantively consolidated w/<br>Case Nos.  2:17-bk-11588-NB and<br>2:19-bk-10552-NB<br><br>[Chapter 7]<br><br>[Honorable Neil W. Bason]<br><br>**MOTION FOR ORDER AUTHORIZING PAYMENT OF PREVIOUSLY APPROVED ATTORNEYS' FEES AND COSTS**<br><br>[No Hearing Required] |

**TO THE HONORABLE NEAL W. BASON, UNITED STATES BANKRUPTCY JUDGE AND OTHER INTERESTED PARTIES:**

Pursuant to the Court's order entered November 10, 2022 (Docket No. 589), Applicant Dumas & Kim, APC, hereby moves this Court for an order authorizing payment to Applicant of previously approved attorneys' fees and costs  in the reduced sum of $103,043.10 in fees and $2,696.10 in costs based on the agreed-upon waiver of approved fees set forth in the attached

Supplemental Declaration of James A. Dumas.

Dated: November 22, 2022

                                    DUMAS & KIM, APC.

                                  By: *James A. Dumas*
                                     James A. Dumas, Attorneys for
                                     Rosendo Gonzalez, Chapter 7 Trustee

**SUPPLEMENTAL DECLARATION OF JAMES A. DUMAS**

I, James A. Dumas, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court, and a member of Dumas & Kim APC, the attorneys for Rosendo Gonzalez, the trustee in the within case.

2. Pursuant to an order entered November 10, 2022 (Docket No. 589), the within Court has approved interim fees for my law firm in the within case of $238,869 and costs of $2,696.90. In connection therewith, my firm had stated that it would waive payment of a portion of the approved fees according to a formula whereby total further fees in the case for all professionals would be limited to the sum of $183,740 and my firm would waive its share of said sum to the extent necessary to insure that the trustee, Mr. Gonzalez, and the estate's accountants, LEA Accountancy, would have their fees paid in full. In approving the subject fees, the Court ordered that there should be no payment of the fees pending submission of a supplemental declaration "showing how the formula for the partial fee waiver has been calculated."

3. After consulting with the trustee and accountant Sam Leslie of LEA Accountancy, I have determined that the trustee will be seeking a statutory trustee's fee of $61,0The within application complies with the requirements of the U.S. Trustee's Guide to Application for Professional Compensation ("Fee Guide").  This Application is requesting allowance of compensation for fees for services incurred from January 19, 2019, through September 2, 2022 in the sum of $239,523 and costs in the sum of $2,696.90.

The matters stated herein are true of my own personal knowledge.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 22nd day of November, 2022, at Los Angeles, California.

_James A. Dumas_
James A. Dumas

| | |
|---|---|
| In re:  David Macmillan & Cynthia Martin-Attitude Marketing, Inc.<br><br><br>                                                                Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:16-bk-21559-NB<br><br>Consolidated: 2:17-bk-11588-NB<br><br>Jointly Administered: 2:19-bk-10552-NB |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 915 Wilshire Blvd., Ste. 1775, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled (*specify*): **_Motion for Order Authorizing Payment of Previously Approved Attorneys' Fees and Costs_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **_November 22, 2022_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Robert S Altagen     robertaltagen@altagenlaw.com
Shreena Augustin     bky_ecf4@rasflaw.com
J Scott Bovitz     bovitz@bovitz-spitzer.com
William H Brownstein     Brownsteinlaw.bill@gmail.com
Caren J Castle     wdk@wolffirm.com, wdk@wolffirm.com
Ann Chang     achang@dumas-law.com
Theron S Covey     tcovey@raslg.com, sferry@raslg.com
Geoffrey M Davis     geoffrey.davis@klgates.com, klgatesbankruptcy@klgates.com
Sevag Demirjian     sevag@demirjianlaw.com, info@demirjianlaw.com
Keith S Dobbins     keith@kdobbinslaw.com
James A Dumas     jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **_November 22, 2022_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_November 22, 2022_**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Eric Malloch     ericmalloch@gmail.com
Brian Walsh     brianmichael35@hotmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **_November 22, 2022_** | Danielle M. Landeros | */s/ Danielle M. Landeros* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*         **F 9013-3.1.PROOF.SERVICE**

| In re: David Macmillan & Cynthia Martin-Attitude Marketing, Inc.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:16-bk-21559-NB<br>Consolidated: 2:17-bk-11588-NB<br>Jointly Administered: 2:19-bk-10552-NB |
|---|---|

Daniel M Eliades    daniel.eliades@leclairryan.com, caitlin.conklin@klgates.com; travis.powers@klgates.com
Daniel M Eliades    daniel.eliades@leclairryan.com, caitlin.conklin@klgates.com; travis.powers@klgates.com
Daniel M Eliades    Daniel.eliades@klgates.com, caitlin.conklin@klgates.com; travis.powers@klgates.com
Oscar Estrada    oestrada@ttc.lacounty.gov
Sean C Ferry    sferry@raslg.com, sferry@ecf.courtdrive.com
Daniel K Fujimoto    wdk@wolffirm.com
Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
Rosendo Gonzalez (TR)    rgonzalez@ecf.axosfs.com, rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
Bruce Grego    brucegrego@att.net
Christian T Kim    ckim@dumas-law.com, ckim@ecf.inforuptcy.com
John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com
Michael B Lubic    michael.lubic@klgates.com, jonathan.randolph@klgates.com, klgatesbankruptcy@klgates.com
Ron Maroko    ron.maroko@usdoj.gov
William F McDonald    wfmcdonald@gmail.com
Jullia D McGann    JuliaM@atg.wa.gov, cprreader@atg.wa.gov
Stacey A Miller    smiller@tharpe-howell.com
Zachary Mosner    bcumosner@atg.wa.gov
Alan I Nahmias    anahmias@mbn.law, jdale@mbnlawyers.com
Rick L Raynsford - DISBARRED -    rick@rlrintl.com
Lamont R Richardson    lamont.r.richardson@chase.com
Edward A Treder    cdcaecf@bdfgroup.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Thomas B Ure    tom@urelawfirm.com, urelawfirm@jubileebk.net; tom@ecf.courtdrive.com
Brian C. Vanderhoof    brian.vanderhoof@lewisbrisbois.com
Dennis C. Winters    winterslawfirm@cs.com
Alan Steven Wolf    wdk@wolffirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| In re: David Macmillan & Cynthia Martin-Attitude Marketing, Inc.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:16-bk-21559-NB<br><br>Consolidated: 2:17-bk-11588-NB<br><br>Jointly Administered: 2:19-bk-10552-NB |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 915 Wilshire Blvd., Ste. 1775, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Motion for Order without Hearing re Motion for Order Authorizing Payment of Previously Approved Attorneys' Fees and Costs** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 22, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Robert S Altagen    robertaltagen@altagenlaw.com
Shreena Augustin    bky_ecf4@rasflaw.com
J Scott Bovitz    bovitz@bovitz-spitzer.com
William H Brownstein    Brownsteinlaw.bill@gmail.com
Caren J Castle    wdk@wolffirm.com, wdk@wolffirm.com
Ann Chang    achang@dumas-law.com
Theron S Covey    tcovey@raslg.com, sferry@raslg.com
Geoffrey M Davis    geoffrey.davis@klgates.com, klgatesbankruptcy@klgates.com
Sevag Demirjian    sevag@demirjianlaw.com, info@demirjianlaw.com
Keith S Dobbins    keith@kdobbinslaw.com
James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **November 22, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 22, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Eric Malloch    ericmalloch@gmail.com
Brian Walsh    brianmichael35@hotmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **November 22, 2022** | Danielle M. Landeros | */s/ Danielle M. Landeros* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*        **F 9013-3.1.PROOF.SERVICE**

| In re: David Macmillan & Cynthia Martin-Attitude Marketing, Inc.  Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:16-bk-21559-NB<br><br>Consolidated: 2:17-bk-11588-NB<br><br>Jointly Administered: 2:19-bk-10552-NB |
|---|---|

Daniel M Eliades    daniel.eliades@leclairryan.com, caitlin.conklin@klgates.com; travis.powers@klgates.com
Daniel M Eliades    daniel.eliades@leclairryan.com, caitlin.conklin@klgates.com; travis.powers@klgates.com
Daniel M Eliades    Daniel.eliades@klgates.com, caitlin.conklin@klgates.com; travis.powers@klgates.com
Oscar Estrada    oestrada@ttc.lacounty.gov
Sean C Ferry    sferry@raslg.com, sferry@ecf.courtdrive.com
Daniel K Fujimoto    wdk@wolffirm.com
Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
Rosendo Gonzalez (TR)    rgonzalez@ecf.axosfs.com, rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
Bruce Grego    brucegrego@att.net
Christian T Kim    ckim@dumas-law.com, ckim@ecf.inforuptcy.com
John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com
Michael B Lubic    michael.lubic@klgates.com, jonathan.randolph@klgates.com, klgatesbankruptcy@klgates.com
Ron Maroko    ron.maroko@usdoj.gov
William F McDonald    wfmcdonald@gmail.com
Jullia D McGann    JuliaM@atg.wa.gov, cprreader@atg.wa.gov
Stacey A Miller    smiller@tharpe-howell.com
Zachary Mosner    bcumosner@atg.wa.gov
Alan I Nahmias    anahmias@mbn.law, jdale@mbnlawyers.com
Rick L Raynsford - DISBARRED -    rick@rlrintl.com
Lamont R Richardson    lamont.r.richardson@chase.com
Edward A Treder    cdcaecf@bdfgroup.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Thomas B Ure    tom@urelawfirm.com, urelawfirm@jubileebk.net; tom@ecf.courtdrive.com
Brian C. Vanderhoof    brian.vanderhoof@lewisbrisbois.com
Dennis C. Winters    winterslawfirm@cs.com
Alan Steven Wolf    wdk@wolffirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**