| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James A. Dumas, Jr. (76284)<br>Christian T. Kim (SBN 231017)<br>DUMAS & KIM, APC.<br>915 Wilshire Blvd., Ste. 1775<br>Los Angeles, CA 90017<br><br>Phone: 213/368-5000<br>Fax: 213/368-5009<br>Email: jdumas@dumas-law.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Chp. 7 Trustee, Rosendo Gonzalez | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>DAVID MACMILLAN, CYNTHIA BARRETT MARTIN, and ATTITUDE MARKETING, INC.<br><br><br><br>Debtor(s) | CASE NO.: 2:16-bk-21559-NB<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Motion for Order Authorizing Payment of Previously Approved Attorneys' fees and Costs |
|---|---|

PLEASE TAKE NOTE that the order titled  Order Approving Motion for Order Authorizing payment of previously approved Attorneys' Fees and Costs of Dumas & Kim, APC., Counsel for the Trustee

was lodged on (*date*)   12/08/2022   and is attached.  This order relates to the motion which is docket number  591  .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

1  James A. Dumas (SBN 76284)
2  Christian T. Kim (SBN 231017)
   DUMAS & KIM, APC.
3  915 Wilshire Blvd., Ste. 1775
   Los Angeles, CA 90017
4  Telephone: 213/368-5000
   Facsimile: 213/368-5009
5
6  Attorneys for Chapter 7 Trustee,
   Rosendo Gonzalez

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:16-bk-21559-NB |
| DAVID MACMILLAN, CYNTHIA BARRETT MARTIN, and ATTITUDE MARKETING, INC. | Substantively consolidated with Case Nos. 2:17-bk-11588-NB and 2:19-bk-10552-NB |
| | [Chapter 7] |
| | [Honorable Neil W. Bason] |
| Debtors | **ORDER APPROVING MOTION FOR ORDER AUTHORIZING PAYMENT OF PREVIOSLY APPROVED ATTORNEYS' FEES AND COSTS OF DUMAS & KIM, APC., COUNSEL FOR THE TRUSTEE** |
| | [No Hearing Requested] |

The Court having considered the Motion for Order Authorizing Payment of previously approved attorneys' fees and costs on the third interim fee application of Dumas & Kim, APC. ("Applicant") ("Docket No. 591"), no opposition to the motion having been filed, and good cause appearing therefor:

IT IS HEREBY ORDER that the trustee is authorized to pay Applicant the sum of $103,043.10 in fees and costs in the sum of $2,696.10.

###

PAGE 1

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Thursday, December 08, 2022

CONFIRMATION :

Your Lodged Order Info:
( **11260480.doc** )
 A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  David MacMillan
- **Case Number**:  16-21559
- **Judge Initial**:  NB
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  591
- **On Date**:  12/08/2022 @ 01:11 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

| In re:  David Macmillan & Cynthia Martin-Attitude Marketing, Inc.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:16-bk-21559-NB<br><br>Consolidated: 2:17-bk-11588-NB<br><br>Jointly Administered: 2:19-bk-10552-NB |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 915 Wilshire Blvd., Ste. 1775, Los Angeles, CA 90017.

A true and correct copy of the foregoing document entitled (*specify*): **_Notice of Lodgment of Order in Bankruptcy Case Re: Motion for Order Authorizing Payment of Previously Approved Attorneys' Fees and Costs_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **_December 8, 2022_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Robert S Altagen      robertaltagen@altagenlaw.com
Shreena Augustin     bky_ecf4@rasflaw.com
J Scott Bovitz     bovitz@bovitz-spitzer.com
William H Brownstein     Brownsteinlaw.bill@gmail.com
Caren J Castle     wdk@wolffirm.com, wdk@wolffirm.com
Ann Chang     achang@dumas-law.com
Theron S Covey     tcovey@raslg.com, sferry@raslg.com
Geoffrey M Davis     geoffrey.davis@klgates.com, klgatesbankruptcy@klgates.com
Sevag Demirjian     sevag@demirjianlaw.com, info@demirjianlaw.com
Keith S Dobbins     keith@kdobbinslaw.com
James A Dumas     jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **_December 8, 2022_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_December 8, 2022_**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Eric Malloch     ericmalloch@gmail.com
Brian Walsh     brianmichael35@hotmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **_December 8, 2022_** | Danielle M. Landeros | */s/ Danielle M. Landeros* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| In re: David Macmillan & Cynthia Martin-Attitude Marketing, Inc. Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:16-bk-21559-NB<br>Consolidated: 2:17-bk-11588-NB<br>Jointly Administered: 2:19-bk-10552-NB |
|---|---|

- Daniel M Eliades    daniel.eliades@leclairryan.com, caitlin.conklin@klgates.com; travis.powers@klgates.com
- Daniel M Eliades    daniel.eliades@leclairryan.com, caitlin.conklin@klgates.com; travis.powers@klgates.com
- Daniel M Eliades    Daniel.eliades@klgates.com, caitlin.conklin@klgates.com; travis.powers@klgates.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Sean C Ferry    sferry@raslg.com, sferry@ecf.courtdrive.com
- Daniel K Fujimoto    wdk@wolffirm.com
- Todd S Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Rosendo Gonzalez (TR)    rgonzalez@ecf.axosfs.com, rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- Bruce Grego    brucegrego@att.net
- Christian T Kim    ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com
- Michael B Lubic    michael.lubic@klgates.com, jonathan.randolph@klgates.com, klgatesbankruptcy@klgates.com
- Ron Maroko    ron.maroko@usdoj.gov
- William F McDonald    wfmcdonald@gmail.com
- Jullia D McGann    JuliaM@atg.wa.gov, cprreader@atg.wa.gov
- Stacey A Miller    smiller@tharpe-howell.com
- Zachary Mosner    bcumosner@atg.wa.gov
- Alan I Nahmias    anahmias@mbn.law, jdale@mbnlawyers.com
- Rick L Raynsford - DISBARRED -    rick@rlrintl.com
- Lamont R Richardson    lamont.r.richardson@chase.com
- Edward A Treder    cdcaecf@bdfgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Thomas B Ure    tom@urelawfirm.com, urelawfirm@jubileebk.net; tom@ecf.courtdrive.com
- Brian C. Vanderhoof    brian.vanderhoof@lewisbrisbois.com
- Dennis C. Winters    winterslawfirm@cs.com
- Alan Steven Wolf    wdk@wolffirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**