James A. Dumas, Jr. (SBN 76284)
Christian T. Kim (SBN 231017)
DUMAS & KIM, APC
915 Wilshire Boulevard, Suite 1775
Los Angeles, California 90017
Phone:   213-368-5000
Fax:      213-368-5009

Attorneys for the Chapter 7 Trustee,
Rosendo Gonzalez

FILED & ENTERED

MAR 28 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

CHANGES MADE BY COURT

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:16-bk-21559-NB |
| DAVID MACMILLAN and CYNTHIA BARRETT MARTIN, | Substantively Consolidated with Case No: 2:17-bk-11588-NB |
| | Chapter 7 |
| Debtors. | Jointly Administered with Case No: 2:19-bk-10552-NB |
| | [Honorable Neil W. Bason] |
| | **ORDER RE STIPULATION TO WITHDRAW PROOF OF CLAIM NO. 7 OF AMERICANA VACATION CLUB FILED IN CONSOLIDATED CASE OF ATTITUDE MARKETING, INC** |
| | Date: May 2, 2023<br>Time: 11:00 a.m.<br>Place: 255 E. Temple Street<br>     Courtroom 1545<br>     Los Angeles, CA 90012 |

The Court having considered the Stipulation to Withdraw Proof of Claim No. 7 of Americana Vacation Club filed in Consolidated Case of Attitude Marketing, Inc. [Doc#641, the "Stipulation"] and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

(1)   The Stipulation is approved.

(2)   Based upon the Trustee's Motion to Disallow Claim No. 7 in the AMI Case, and the Stipulation between the parties herein, the Claim No. 7 <u>filed</u> By AVC/SVC <u>in the AMI Case</u> is deemed withdrawn and the <u>above-captioned hearing on the</u> Trustee's motion concerning the instant matter is off calendar <u>as moot</u>.

###

Date: March 28, 2023

Neil W. Bason
United States Bankruptcy Judge