James A. Dumas, Jr. (SBN 76284)
Christian T. Kim (SBN 231017)
DUMAS & KIM, APC
915 Wilshire Boulevard, Suite 1775
Los Angeles, California 90017
Phone:   213-368-5000
Fax:       213-368-5009

Attorneys for the Chapter 7 Trustee,
Rosendo Gonzalez

**FILED & ENTERED**

**MAY 04 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY sumlin    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>DAVID MACMILLAN, CYNTHIA BARRETT MARTIN, and ATTITUDE MARKETING, INC.,<br><br>Debtor. | Case No.: 2:16-bk-21559-NB<br><br>Substantively consolidated w/<br>Case Nos.   2:17-bk-11588-NB and 2:19-bk-10552-NB<br><br>[Chapter 7]<br><br>[Honorable Neil W. Bason]<br><br>**ORDER RE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER DISALLOWING CLAIM NO. 10 OF JP MORGAN CHASE BANK**<br><br>Date:   May 2, 2023<br>Time:  11:00 a.m.<br>Place:  255 E. Temple Street<br>            Courtroom 1545<br>            Los Angeles, California 90012 |

On May 2, 2023, at 11:00 a.m., a hearing on the Motion for Order Disallowing Claim No. 10 (Docket No. 636) ("Motion") came on for hearing before the Honorable Neil W. Bason, United States Bankruptcy Court judge presiding. No opposition to the motion having been filed, the Court having posted a tentative ruling granting the motion, no one having appeared at the hearing, and good cause appearing therefor,

1

1     **IT IS HEREBY ORDERED THAT** the motion is granted for the reasons stated in the
2 Court's tentative ruling attached hereto.

4                                         ###

24 Date: May 4, 2023

Neil W. Bason
United States Bankruptcy Judge

# United States Bankruptcy Court
# Central District of California
## Los Angeles
## Neil Bason, Presiding
## Courtroom 1545 Calendar

**Tuesday, May 2, 2023**                                                                                         Hearing Room    1545

<u>11:00 AM</u>
**2:16-21559    David MacMillan**                                                                                         Chapter 7

#9.00    Hrg re: Chapter 7 Trustee's Motion for Order Disallowing Claim No. 10 of JP Morgan Chase Bank

Docket    636

**Tentative Ruling:**

Grant the claim objection (dkt. 636) and disallow Proof of Claim 10 of JP Morgan Chase Bank, N.A., filed in this case in its entirety.

<u>Proposed order(s)</u>: Unless otherwise ordered, Movant is directed to lodge proposed order(s) on the foregoing matter(s) via LOU within 7 days after the hearing date (per LBR 9021-1(b)(1)(B)) and attach a copy of this tentative ruling, thereby incorporating it as this Court's final ruling.

<u>Appearances are not required</u> on 5/2/23. (If you wish to contest the tentative ruling, see the Posted Procedures of Judge Bason, available at www.cacb.uscourts.gov, then search for "tentative rulings.")

If you are making an appearance, you may do so (1) in person in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZoomGov video, or (3) via ZoomGov telephone. For ZoomGov instructions for <u>all</u> matters on calendar, please see page 1 of the posted Tentative Rulings.

<u>Key documents reviewed</u> (in addition to motion papers): Order Granting Trustee's Motion for Approval of Compromise with David MacMillan and Cynthia Martin Residence Trust (dkt. 381) (no opposition to this claim objection (dkt. 636) on file as of the preparation of this tentative ruling).

| Party Information |
|---|

**Debtor(s):**

David MacMillan                                              Represented By
                                                              Robert S Altagen
                                                              Lamont R Richardson

# United States Bankruptcy Court
# Central District of California
Los Angeles
Neil Bason, Presiding
Courtroom 1545 Calendar

**Tuesday, May 2, 2023**      Hearing Room    **1545**

### 11:00 AM
**CONT...    David MacMillan**      Chapter 7

**Trustee(s):**
    Rosendo Gonzalez (TR)      Represented By
                                                  James A Dumas Jr
                                                  Christian T Kim