Rosendo Gonzalez [State Bar No. 137352]
530 South Hewitt Street, Suite 148
Los Angeles, CA  90013
Telephone: (213) 452-0071
Facsimile: (213) 452-0080

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DAVID MACMILLAN<br>CYNTHIA BARRETT MARTIN<br><br>        Debtor. | Case No. 2:16-21559-NB<br>Chapter 7<br><br>**NOTICE OF UNCLAIMED**<br>**DIVIDENDS**<br>**3011** |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto check(s) totaling $135,942.25 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: May 15, 2024

                                              /s/ Rosendo Gonzalez
                                              ROSENDO GONZALEZ
                                              Chapter 7 Trustee

-1-

**ATTACHMENT NO. 2**

**LISTING OF DIVIDEND PAYMENTS**
**(EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)**

| CLAIM NUMBER | CHECK NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT CLAIMED | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|---|---|
| 32 | 4022 | WYNDHAM VACATION RESORTS, INC.<br>C/O DANIEL M. ELIADES, ESQ.<br>K&L GATES LLP<br>ONE NEWARK CENTER, 10TH FLOOR<br>NEWARK, NJ 07102 | 25,000,000.00 | 128,179.91 | 128,179.91 | 128,179.91 |
| 24 | 4034 | ONE PERCENT MORE, INC. | 114,460.98 | 114,460.98 | 4,898.39 | 4,898.39 |
| 33 | 4036 | GEORGE DABAGHI V MERCHANT SOLUTIONS<br>C/O SEVAG DEMIRJIAN<br>6320 CANOGA AVE #1547<br>WOODLAND HILLS, CA 91367 | 65,000.00 | 65,000.00 | 2,781.69 | 2,781.69 |
| 53 | 4038 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 1,921.97 | 1,921.97 | 82.26 | 82.26 |
| | | **TOTALS:** | **25,181,382.95** | **309,562.86** | **135,942.25** | **135,942.25** |

**CASE NUMBER:** 2:16-21559-NB

**CASE NAME:** MACMILLAN, DAVID

\* Total also includes employee taxes withheld.