Rosendo Gonzalez [State Bar No. 137352]
530 South Hewitt Street, Suite 148
Los Angeles, CA  90013
Telephone: (213) 452-0071
Facsimile: (213) 452-0080

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DAVID MACMILLAN<br>CYNTHIA BARRETT MARTIN<br><br>                    Debtor. | Case No. 2:16-21559-NB<br>Chapter 7<br><br>**NOTICE OF UNCLAIMED**<br>**DIVIDENDS**<br>**3011** |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto check(s) totaling $135,942.25 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: May 15, 2024

                                             /s/ Rosendo Gonzalez
                                             ROSENDO GONZALEZ
                                             Chapter 7 Trustee

**ATTACHMENT NO. 2**

**LISTING OF DIVIDEND PAYMENTS**
**(EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)**

| CLAIM NUMBER | CHECK NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT CLAIMED | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|---|---|
| 32 | 4022 | WYNDHAM VACATION RESORTS, INC. C/O DANIEL M. ELIADES, ESQ. K&L GATES LLP ONE NEWARK CENTER, 10TH FLOOR NEWARK, NJ 07102 | 25,000,000.00 | 128,179.91 | 128,179.91 | 128,179.91 |
| 24 | 4034 | ONE PERCENT MORE, INC. | 114,460.98 | 114,460.98 | 4,898.39 | 4,898.39 |
| 33 | 4036 | GEORGE DABAGHI V MERCHANT SOLUTIONS C/O SEVAG DEMIRJIAN 6320 CANOGA AVE #1547 WOODLAND HILLS, CA 91367 | 65,000.00 | 65,000.00 | 2,781.69 | 2,781.69 |
| 53 | 4038 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | 1,921.97 | 1,921.97 | 82.26 | 82.26 |
| | | **TOTALS:** | **25,181,382.95** | **309,562.86** | **135,942.25** | **135,942.25** |

**CASE NUMBER:**   2:16-21559-NB

**CASE NAME:**   **MACMILLAN, DAVID**

**\* Total also includes employee taxes withheld.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

GONZALEZ & GONZALEZ LAW
530 South Hewitt Street, #148
Los Angeles, CA 90013

A true and correct copy of the foregoing document entitled (*specify*):    **NOTICE OF UNCLAIMED DIVDENDS 3011**
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 15, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED LIST

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May 15, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED LIST

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 15, 2024 | | /s/ Mireya Gonzalez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**ELETRONIC MAIL NOTICE LIST**

- Robert S Altagen    robertaltagen@altagenlaw.com
- Shreena Augustin    bky_ecf4@rasflaw.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- William H Brownstein    Brownsteinlaw.bill@gmail.com
- Caren J Castle    ccastle@idealawgroupllc.com, ccastle@idealawgroupllc.com;DMartinez@OakHarborManagement.com;TPerry@oakharbormanagement.com
- Ann Chang    achang@dumas-law.com
- Theron S Covey    tcovey@raslg.com
- Geoffrey M Davis    geoffrey.davis@klgates.com, klgatesbankruptcy@klgates.com
- Sevag Demirjian    sevag@demirjianlaw.com, info@demirjianlaw.com
- Keith S Dobbins    keith@kdobbinslaw.com
- James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com
- Daniel M Eliades    daniel.eliades@leclairryan.com, caitlin.conklin@klgates.com
- Daniel M Eliades    Daniel.eliades@klgates.com, caitlin.conklin@klgates.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Sean C Ferry    sferry@raslg.com, bkecf@padgettlawgroup.com;sean.ferry@ecf.courtdrive.com
- Daniel K Fujimoto    ecf@steelellp.com, rsoriano@steelellp.com
- Todd S. Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Rosendo Gonzalez (TR)    rgonzalez@ecf.axosfs.com, rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;zig@gonzalezplc.com;gig@gonzalezplc.com
- Bruce Grego    brucegrego@att.net
- Christian T Kim    ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- John P Kreis    jkreis@kreislaw.com, j.kreis@ca.rr.com
- Michael B Lubic    michael.lubic@klgates.com, jonathan.randolph@klgates.com,klgatesbankruptcy@klgates.com
- Ron Maroko    ron.maroko@usdoj.gov
- William F McDonald    wfmcdonald@gmail.com
- Jullia D McGann    JuliaM@atg.wa.gov, cprreader@atg.wa.gov
- Stacey A Miller    smiller@tharpe-howell.com
- Zachary Mosner    bcumosner@atg.wa.gov
- Alan I Nahmias    anahmias@mbn.law, jdale@mbn.law
- Rick L Raynsford - DISBARRED -    rick@rlrintl.com
- Lamont R Richardson    lamont.r.richardson@chase.com
- Edward A Treder    cdcaecf@bdfgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Thomas B Ure    tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com
- Brian C. Vanderhoof    brian.vanderhoof@lewisbrisbois.com
- Dennis C. Winters    winterslawfirm@cs.com
- Alan Steven Wolf    wdk@wolffirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**US MAIL NOTICE LIST**

Robert Altagen
Law Offices of Robert Altagen
1111 Corporate Center Dr, Ste 201
Monterey Park, CA 91754

DK Law Group, LLP
c/o David M. Karen
5235 Mission Oaks Blvd.
PMB 600
Thousand Oaks, CA 91320

LEA Accountancy, LLP
3435 Wilshire Boulevard
Suite 990
Los Angeles, CA 90010

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**